795 A.2d 388

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Richard Joseph COSNEK, Petitioner.**

Supreme Court of Pennsylvania.

April 25, 2002.

264

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of April, 2002, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Can the Commonwealth certify an interlocutory appeal from a pretrial ruling that denied its motion in limine to exclude certain defense evidence?